FILED

2021 NOV -9 AM 10: 39

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: Ro

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States | | CASE NUMBER | |
|---|---|---|---|
| | PLAINTIFF(S) | 4:21 CR 00595 HEA/SPM | 21MJ05131 |
| v. | | | |
| Yuede Zheng | | **DECLARATION RE** | |
| | DEFENDANT(S). | **OUT-OF-DISTRICT WARRANT** | |

The above-named defendant was charged by: iNDICTMENT
in the EASTERN District of MISSOURI on 11/04/2021
at 1000  ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 21 U.S.C., Section(s) 1956
to wit: Money Launder

A warrant for defendant's arrest was issued by: _____

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                Date

*[signature]*
Signature of Agent

L FLORES
Print Name of Agent

USMS
Agency

DUSM
Title

CR-52 (03/20)          **DECLARATION RE OUT-OF-DISTRICT WARRANT**